# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2025 AUG 29 A 10: 35

CLERK OF COURT

(Full name of plaintiff(s))

Vanessa L. Telford

v.

(Full name of defendant(s))

Cassidy Schoetz

Case Number:

25-C 1313

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __US__ and resides at
   (State)
   __4734 N. 31st Milwaukey WI 53209__
   mailing (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _____
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of ___US___
(State, if known)

and (if a person) resides at ___N/A___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job) worked for ___Probation and parole___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Cassidy Scheetz, probation agent is violating my constitutional rights making physical and emotional threats without cause, towards my driver's license child custody matters by conducting unauthorized intrusion/search/personal space beyond the scope of probation conditions and legal boundaries permitted by law while using coecion of unwarrented health services while sharing sensitive information disclosure with indivisuals who are not involved with supervision

That has negatively impacted and altered the outcome in my child custody matters. That she is making unreasonable demands making it difficult to maintain my job and abide by the child custody conditions of return against my attorney advice. I have several times put in complaints against Ms. Scheetz and did not receive a comply from the administration board. I'm asking these matters must be reviewed by a judge that my freedom children livelyhood is in jeopardize with region probation and parole office, to the best of my knowledge. She is stalking me

Respectfully

Van [signature]
8/29/2025

Complaint – 3

Case 2:25-cv-01313-NJ   Filed 08/29/25   Page 3 of 5   Document 1

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Matters must be reviewed by judge. Every since Ms. Scheetz started testifying in my children's court case she has been harassing, insulting, making threats and invading my privacy to where I'm very afraid to work with her without a family member that she is spying on me to build a case for children's court.

Thank you

E.  JURY DEMAND

   I want a jury to hear my case.

   ☒ – YES     ☐ – NO

   I declare under penalty of perjury that the foregoing is true and correct.

   Complaint signed this __8__ day of __29th__ 20__25__.

   Respectfully Submitted,

   _Van T_____
   Signature of Plaintiff

   __414-232-2136_____
   Plaintiff's Telephone Number

   __Vanessa2Helford@gmail.com__
   Plaintiff's Email Address

   _____

   _____
   (Mailing Address of Plaintiff)

   (If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.